UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-CR-00242-HZ |
| v. | INFORMATION |
| KENNETH CORY HOFFMAN, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Felon in Possession of Firearms)**
**(18 U.S.C. § 922(g)(1))**

On or about February 8, 2022, in the District of Oregon, defendant Kenneth Cory Hoffman, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Possession with intent to Distribute Methamphetamine, in the District of Oregon, CR-08-00021, did knowingly and unlawfully possess a Taurus G2c 9-millimeter semi-automatic pistol, serial number 1C055556, a firearm which had previously been shipped or transported in interstate or commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

Dated: July 14, 2022.                               Respectfully submitted,

                                                    SCOTT ERIK ASPHAUG
                                                    United States Attorney


                                                    */s/ Ethan D. Knight*
                                                    ETHAN D. KNIGHT OSB #992984
                                                    Assistant United States Attorney